# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES HICKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Case No. CIV-23-1138-SLP |
| RICK WHITTEN, | ) ) ) |
| Defendant. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 18] of United States Magistrate Judge Shon T. Erwin, which was entered on June 12, 2024. Judge Erwin recommends dismissal of the action "for Plaintiff's failure to comply with this Court's orders, specifically failing to submit the necessary paperwork required for service." *Id.* at 3. No objection to the Report and Recommendation has been filed, nor has an extension of time in which to object been sought or granted. Upon review, the Court concurs with Judge Erwin's analysis.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 18] is ADOPTED in its entirety. This matter is DISMISSED without prejudice due to Plaintiff's failure to prosecute this matter and to comply with the Court's orders. A separate Judgment of Dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 11th day of July, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE